FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 OCT 27 PM 12: 27

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 4:13-cv-00099 |
| COBALT PARTNERS, LLC, ALBERTO ALVAREZ, ADAM BEELER, RODNEY M. COOK, JR., WILLIAM M. TUTTLE II, and CHARLES K. WERK, | ) ) ) ) ) | |
| Defendants. | ) | |

## CONSENT ORDER ON THIRD MOTION TO STAY LITIGATION

BEFORE THE COURT is plaintiff Federal Deposit Insurance Corporation as Receiver for First National Bank's ("FDIC-R") Third Motion to Stay Litigation asking the Court to stay litigation for one hundred and twenty (120) days to enable it to pursue its collateral over the defendant guarantors. A court has the inherent power to control its own docket, including the power to stay. Collegiate Licensing Co. v. American Cas. Co. of Reading, Penn., 842 F.Supp.2d 1360, 1369 (N.D. Ga. 2012). Accordingly, the Court hereby stays this litigation for one hundred and twenty (120) days. The Scheduling Order is amended as set forth herein:

CLOSE OF DISCOVERY  3/1/2015

LAST DAY FOR FILING CIVIL MOTION
INCLUDING DAUBERT MOTIONS BUT
EXCLUDING MOTIONS IN LIMINE  4/1/2015

Dated 10-27-14

_____
Honorable G.R. Smith
Magistrate Judge, United States District Court
Southern District of Georgia

[STIPULATED SIGNATURES CONTINUED ON NEXT PAGES]