IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 4:13-cv-00099 |
| COBALT PARTNERS, LLC, ALBERTO ALVAREZ, ADAM BEELER, RODNEY M. COOK, JR., WILLIAM M. TUTTLE II, and CHARLES K. WERK, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's Motion to Compel and for Preservation of Electronically-Stored Data Against Defendant Tuttle. The Motion is hereby GRANTED and Defendant William M. Tuttle II is ORDERED to respond to discovery within three (3) business days from the date of this Order.

Dated. 3-13-15

Honorable G.R. Smith
Magistrate Judge, United States District Court
Southern District of Georgia

Prepared by:

Laura H. Wheaton
BROWN ROUNTREE PC
Counsel for FDIC as Receiver for First National Bank
Georgia State Bar No. 751221
26 North Main Street
Statesboro, Georgia 30458
(912) 489-6900