IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for First National Bank, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 413-099 |
| COBALT PARTNERS, LLC, et al., | * * | |
| Defendant. | * * | |

**O R D E R**

Throughout this case, the Court has granted a number of stays. (See docs. 60, 64, & 66.) Most recently, the Court stayed this matter for 120 days so that Plaintiff could pursue its collateral over the defendant guarantors. (Doc. 66.) As the 120-day window has long since passed and this case has moved forward, the Court **DIRECTS** the Clerk to **LIFT THE STAY**.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of July, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA