IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK, <br><br> Plaintiff, <br><br> v. <br><br> COBALT PARTNERS, LLC, ALBERTO ALVAREZ, ADAM BEELER, RODNEY M. COOK, JR., WILLIAM M. TUTTLE II, and CHARLES K. WERK, <br><br> Defendants. | CASE NO. 4:13-cv-00099 |

## ORDER

Before the Court is CADLEROCK III, LLC, ("Cadlerock") Motion for Substitution of Party pursuant to Fed. R. Civ. P. 25. The Court HEREBY ORDERS that CADLEROCK III, LLC be substituted for the Federal Deposit Insurance Corporation as Receiver for First National Bank as the Plaintiff in the above-styled case.

Dated 9-9-15

Honorable G.R. Smith
Magistrate Judge, United States District Court
Southern District of Georgia

Prepared by:
Laura H. Wheaton
BROWN ROUNTREE PC
Counsel for CadleRock III, LLC
Georgia State Bar No. 751221
26 North Main Street
Statesboro, Georgia 30458
(912) 489-6900