IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CADLEROCK III, LLC, *
 *
    Plaintiff, *
 *
    v. * CV 413-099
 *
COBALT PARTNERS, LLC; ALBERTO *
ALVAREZ; ADAM BEELER; RODNEY *
M. COOK, JR.; WILLIAM M. *
TUTTLE, II; and CHARLES K. WERK,*
 *
    Defendants. *

**O R D E R**

On August 26, 2015, Defendants Beeler and Cook each submitted an unsworn declaration in response to Plaintiff's motion for summary judgment. (Docs. 104-2, 104-3.) Yet, in order for the Court to consider these documents as evidence for purposes of Plaintiff's motion, they must be signed and dated. See 28 U.S.C. § 1746; Orr v. Orbis Corp., No. 1:07-CV-2653, 2010 WL 3368124, at *2-3 (N.D. Ga. July 30, 2010). Accordingly, the Court **ORDERS** Defendants Beeler and Cook to resubmit their declarations, in compliance with these requirements, **no later than March 23, 2016.**

**ORDER ENTERED** at Augusta, Georgia, this 21st day of March, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA