IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CADLEROCK III, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 413-099 |
| | * | |
| COBALT PARTNERS, LLC; ALBERTO | * | |
| ALVAREZ; ADAM BEELER; RODNEY | * | |
| M. COOK, JR.; WILLIAM M. | * | |
| TUTTLE, II; and CHARLES K. WERK, | * | |
| | * | |
| Defendants. | * | |

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

**IT IS ORDERED** that lead counsel for the parties in the captioned case are instructed to meet and confer, in person, and prepare and file with the Clerk of this Court a joint consolidated proposed pretrial order. The proposed pretrial order shall be filed by the close of business on **June 3, 2016**. Counsel for Plaintiff shall have the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website www.gas.uscourts.gov under "District Court"/"Court Forms". A party's failure to comply with the requirements hereof may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court. The Court will not accept for filing any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order shall include a paragraph stating the date and location of the meeting,

the duration of the meeting, and the names of all counsel or parties participating. Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted for filing without the written permission of the Court. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

The Court will later notify the parties of the scheduled dates for their pretrial conference, jury selection, and trial assignment.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of April, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA